# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS

Filed: January 30, 2025

```
* * * * * * * * * * * * *   *
PATRICK B. HIGHLAND,        *       No. 22-1809V
                            *
        Petitioner,         *       Special Master Young
                            *
v.                          *
                            *
SECRETARY OF HEALTH         *
AND HUMAN SERVICES,         *
                            *
        Respondent.         *
* * * * * * * * * * * * *   *
```

## ORDER CONCLUDING PROCEEDINGS[1]

On January 30, 2025, the parties filed a joint stipulation of dismissal pursuant to Vaccine Rule 21(a)(1)(B). ECF No. 33. The parties stipulate to dismissal of the above-captioned case, and request that the dismissal be with prejudice.

Accordingly, pursuant to Vaccine Rule 21(a) the above-captioned case is hereby **dismissed with prejudice**. The Clerk of Court is hereby instructed that a **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a).

**IT IS SO ORDERED.**

s/Herbrina D.S. Young
Herbrina D.S. Young
Special Master

---

[1] Because this Order contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Order will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.